# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

141957

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DIANNE TREMBLAY,
      Petitioner-Appellant,

v

CIVIL SERVICE COMMISSION,
      Respondent-Appellee.

SC: 141957
COA: 298038
Chippewa CC: 09-010696-AA

_____/

      On order of the Court, the application for leave to appeal the September 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

y0718